UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSIE HAWKINS, #134265,

    Plaintiff,

                                                     Case No. 14-CV-13285

v.

                                                     HON. MARK A. GOLDSMITH

DANIEL HEYNS,

    Defendant.
_____/

### ORDER (1) ACCEPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED FEBRUARY 12, 2015 (Dkt. 16), AND (2) GRANTING DEFENDANT'S MOTION TO DISMISS (Dkt. 10)

This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge David R. Grand, issued on February 12, 2015 (Dkt. 16). In the R&R, the Magistrate Judge recommends granting Defendant's motion to dismiss (Dkt. 10). The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the Court accepts the R&R.

Accordingly, the Court grants Defendant's motion to dismiss (Dkt. 10), and dismisses Plaintiff's complaint with prejudice.

SO ORDERED.

Dated: March 4, 2015                         s/Mark A. Goldsmith
     Detroit, Michigan                 MARK A. GOLDSMITH
                                                 UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 4, 2015.

>            s/Johnetta M. Curry-Williams
>            JOHNETTA M. CURRY-WILLIAMS
>            CASE MANAGER